**Robert A. CHIULLI, Jr., Plaintiff,**

v.

**NEWBURY FINE DINING, INC. d/b/a Sonsie's Restaurant and The Lyons Group Ltd, Garrett Burgess aka Garrett Rease, Jeffrey Reiman, and Victor Torza, Defendants.**

**Civil Action No. 10–10488–JLT.**

United States District Court, D. Massachusetts.

Oct. 4, 2012.

Andrew M. Abraham, Baker & Abraham PC, Boston, MA, Daniel E. Pagoda, Dane Schulman Associates, LLC, Mattapan, MA, for Plaintiff.

H. Charles Hambelton, Sharmili P. Das, Behman Hambelton LLP, Woburn, MA, Lawrence G. Cetrulo, Andrew R. McConville, Cetrulo & Capone LLP, Boston, MA, for Defendants.

---

**34.** Mass. Gen. Laws ch. 231, § 60J.

## ORDER

TAURO, District Judge.

After a hearing on October 3, 2012, this court hereby orders that:

1. Defendants', Newbury Fine Dining Inc. and Lyons Group Ltd., *Motion for Partial Summary Judgment* [# 52] is ALLOWED. A memorandum shall issue.

2. Defendant's, Newbury Fine Dining Inc., *Motion to Compel Compliance with Court Orders and to Provide Complete Responses to Discovery* [# 55] is DENIED for essentially the reasons set forth in the *Affidavit of Andrew Abraham* [# 65].

3. Plaintiff's *Motion for Default Pursuant to Fed.R.Civ.P. 55* [# 59] is DENIED as MOOT.

4. Plaintiff's *Motion to Amend Stipulation of Facts* [# 61] is ALLOWED.

5. Defendants', Newbury Fine Dining Inc. and Lyons Group Ltd., *Motion in Limine to Preclude Plaintiff's Altered Surveillance Videotape* [# 68] is DENIED WITHOUT PREJUDICE. Plaintiff's counsel shall allow Defendants to view the videotape at his office. Defendants shall arrange to make copies of the videotape if they so choose.

6. Defendants', Newbury Fine Dining Inc. and Lyons Group Ltd., *Motion for a Jury View* [# 86] is DENIED.

7. Defendants', Newbury Fine Dining Inc. and Lyons Group Ltd., *Motion to Bifurcate Trial* [# 99] is DENIED.

8. Defendant's, Jeffrey Reiman, *Motion to Bifurcate Trial* [# 100] is DENIED.

9. Plaintiff's *Motion to Preclude Evidence of Past Crimes of Joseph Citino* [# 103] is ALLOWED.

10. Plaintiff's *Motion to Compel the Production of Video Surveillance of the Plaintiff Taken by Defendants Newbury Fine Dining Inc. and The Lyons Group Ltd.* [# 112] is DENIED. Plaintiff is permitted to depose the creator of the video surveillance footage. Plaintiff may subpoena the video surveillance footage for presentation at this deposition. Defendant Newbury Fine Dining Inc. shall produce said video surveillance footage at the deposition in response to Plaintiff's subpoena.

11. Plaintiff's *Motion to Quash a Subpoena Issued to Paul Pappa* [# 115] is DENIED WITHOUT PREJUDICE.

12. Defendants', Newbury Fine Dining Inc. and Lyons Group Ltd., *Motion to Strike the Affidavit of Robert Deliseo* [# 117] is ALLOWED.

13. Parties shall file motions in limine by Friday, October 5, 2012, at 4:00 p.m.

14. Parties shall file oppositions to motions in limine by Wednesday, October 10, 2012, at 9:00 a.m.

15. Parties shall file their final witness lists and exhibit lists by October 11, 2012, at 4:00 p.m.

16. Trial shall begin on Monday, October 15, 2012, at 10:00 a.m. The court will not sit on Friday, October 26, 2012.

IT IS SO ORDERED.